IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILIN BEHEER B.V. and<br>FLOORING INDUSTRIES LTD., SARL<br><br>    Plaintiffs,<br><br>v.<br><br>PERGO (EUROPE) AB and<br>PERGO LLC<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. _____<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF FLOORING INDUSTRIES LTD. SARL'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Flooring Industries Ltd., sarl hereby discloses that it is a wholly owned subsidiary of Mohawk International Holdings sarl. Mohawk Industries, Inc. is Flooring Industries Ltd. sarl's ultimate parent, and no other publicly held corporation owns 10% or more of its stock.

OF COUNSEL:

John M. DiMatteo
Steven H. Reisberg
Leslie M. Spencer
David D. Lee
Fara S. Sunderji
Ketan Pastakia
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel:  (212) 728-8000

Dated:  May 21, 2008
865631 / 32995

POTTER ANDERSON & CORROON LLP

By: _____
       Richard L. Horwitz (#2246)
       David E. Moore (#3983)
       Hercules Plaza 6th Floor
       1313 N. Market Street
       P.O. Box 951
       Wilmington, DE  19899
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

*Attorneys for Plaintiffs Unilin Beheer B.V. and
Flooring Industries Ltd., sarl*