IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILIN BEHEER B.V. and<br>FLOORING INDUSTRIES LTD., SARL<br><br>   Plaintiffs,<br><br> v.<br><br>PERGO (EUROPE) AB and<br>PERGO LLC<br><br>   Defendants. | )<br>)<br>)<br>)<br>) C.A. No. _____<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF UNILIN BEHEER B.V.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Unilin Beheer B.V. hereby discloses that it is a wholly owned subsidiary of Unilin Systems B.V.B.A. Mohawk Industries, Inc. is Unilin Beheer B.V.'s ultimate parent, and no other publicly held corporation owns 10% or more of its stock.

OF COUNSEL:

John M. DiMatteo
Steven H. Reisberg
Leslie M. Spencer
David D. Lee
Fara S. Sunderji
Ketan Pastakia
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000

Dated: May 21, 2008
865631 / 32995

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE 19899
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Plaintiffs Unilin Beheer B.V. and
Flooring Industries Ltd., sarl*