| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X  Patents or  ☐ Trademarks:

| DOCKET NO.<br>08cv304 | DATE FILED<br>5/21/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Unilin Beheer BV and Flooring Industries Ltd. sarl | | DEFENDANT<br>Pergo (europe) AB and Pergo LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,006,486 | 12/28/99 | Unilin Beheer BV, Bestloten Vennootschap |
| 2 | US 6,490,836 B1 | 12/10/02 | Unilin Beheer BV, Bestloten Vennootschap |
| 3 | US 6,874,292 B2 | 4/5/05 | Unilin Beheer BV, Bestloten Vennootschap |
| 4 | US 6,928,779 B2 | 4/16/05 | Unilin Beheer BV, Bestloten Vennootschap |
| 5 | US 6,955,020 B2 | 10/18/05 | Unilin Beheer BV, Bestloten Vennootschap |
|   | US 6,993,877 B2 | 2/7/06 | Unilin Beheer BV, Bestloten Vennootschap |
|   | US 7,040,068 B2 | 5/9/06 | Unilin Beheer BV, Bestloten Vennootschap |
|   | US 7,328,536 | 2/12/08 | Unilin Beheer BV, Bestloten Vennootschap |
|   | US 6,786,019 B2 | 9/7/04 | Flooring Industries Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

| PETER T. DALLEO, CLERK OF COURT | | May 21, 2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**