IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNILIN BEHEER B.V. and <br> FLOORING INDUSTRIES LTD., SARL <br> <br> Plaintiffs, <br> <br> v. <br> <br> PERGO, (EUROPE) AB and <br> PERGO, LLC <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:08-cv-304-GMS <br> ) <br> ) <br> ) JURY DEMANDED <br> ) <br> ) <br> ) |

## DEFENDANT PERGO, LLC'S RULE 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS

Pursuant to Fed. R. Civ. P. 7.1, Defendant Pergo, LLC makes the following disclosure:

1. Pergo, LLC is not a publicly held entity.

2. Uniboard Inc. USA is the direct parent corporation of Defendant Pergo, LLC. Pergo AB is the grandparent corporation of Defendant Pergo, LLC. Pfleiderer AG is the great-grandparent corporation of Defendant Pergo, LLC.

2

3.  There is no publicly held corporation that owns 10% or more of the stock of Pergo, LLC.

*s/ Robert S. Saunders*
Robert S. Saunders (I.D. No. 3027)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19899
302.651.3000
Rob.Saunders@skadden.com

Edward V. Filardi
Douglas R. Nemec
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
4 Times Square
New York, NY  10036
(212) 735-3000

**Counsel for Pergo, LLC**

Dated: June 10, 2008