## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNILIN BEHEER B.V. and<br>FLOORING INDUSTRIES LTD., SARL | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 08-304 GMS |
| v. | ) ) | |
| PERGO (EUROPE) AB and<br>PERGO LLC | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of John M. DiMatteo, Steven H. Reisberg, Eugene L. Chang, Leslie M. Spencer,

David D. Lee, Fara S. Sunderji and Ketan Pastakia of Willkie Farr & Gallagher LLP, 787

Seventh Avenue, New York, NY 10019 to represent Plaintiffs Unilin Beheer B.V. and Flooring

Industries Ltd., sarl in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: July 9, 2008
868696 / 32995

*Attorneys for Plaintiffs Unilin Beheer B.V. and*
*Flooring Industries Ltd., sarl*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐      has been paid to the Clerk of the Court

☒      will be submitted to the Clerk's Office upon the filing of this motion

Date: July 9, 2008                Signed:      /s/ *John M. DiMatteo*
                                              John M. DiMatteo
                                              Willkie Farr & Gallagher LLP
                                              787 Seventh Avenue
                                              New York, NY  10019
                                              Tel:  (212) 728-8000
                                              jdimatteo@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: July 9, 2008            Signed:    /s/ *Steven H. Reisberg*
                                          Steven H. Reisberg
                                          Willkie Farr & Gallagher LLP
                                          787 Seventh Avenue
                                          New York, NY  10019
                                          Tel:  (212) 728-8000
                                          sreisberg@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion


Date: July 9, 2008              Signed:        /s/ Eugene L. Chang
                                              Eugene L. Chang
                                              Willkie Farr & Gallagher LLP
                                              787 Seventh Avenue
                                              New York, NY  10019
                                              Tel:  (212) 728-8000
                                              echang@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐　　　has been paid to the Clerk of the Court

☒　　　will be submitted to the Clerk's Office upon the filing of this motion

Date: July 9, 2008　　　　　　Signed:　　　/s/ *Leslie M. Spencer*

　　　　　　　　　　　　　　　　　　　　　Leslie M. Spencer
　　　　　　　　　　　　　　　　　　　　　Willkie Farr & Gallagher LLP
　　　　　　　　　　　　　　　　　　　　　787 Seventh Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY  10019
　　　　　　　　　　　　　　　　　　　　　Tel:  (212) 728-8000
　　　　　　　　　　　　　　　　　　　　　lspencer@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: July 9, 2008                    Signed:        /s/ David D. Lee
                                                    David D. Lee
                                                    Willkie Farr & Gallagher LLP
                                                    787 Seventh Avenue
                                                    New York, NY  10019
                                                    Tel:  (212) 728-8000
                                                    dlee1@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date: July 9, 2008          Signed:          /s/ *Fara S. Sunderji*
                                             Fara S. Sunderji
                                             Willkie Farr & Gallagher LLP
                                             787 Seventh Avenue
                                             New York, NY 10019
                                             Tel: (212) 728-8000
                                             fsunderji@willkie.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 9, 2008          Signed:     /s/ *Ketan Pastakia*
                                        Ketan Pastakia
                                        Willkie Farr & Gallagher LLP
                                        787 Seventh Avenue
                                        New York, NY 10019
                                        Tel: (212) 728-8000
                                        kpastakia@willkie.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 9, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on July 9, 2008, the attached document was Electronically Mailed to

the following person(s):

Robert S. Saunders
SKADDEN, ARPS, SLATE MEAGHER
& FLOM LLP
One Rodney Square
Wilmington, DE 19899
Rob.Saunders@skadden.com

Edward V. Filardi
Douglas R. Nemec
SKADDEN, ARPS, SLATE MEAGHER
& FLOM LLP
4 Times Square
New York, NY 10036
edward.filardi@skadden.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

872632 / 32995