

# Potter
# Anderson
# & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

July 15, 2008

**VIA HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
　for the District of Delaware
844 King Street
Wilmington, Delaware  19801

　　　　Re:　Unilin Beheer B.V. and Flooring Industries LTD., sarl v. Pergo (Europe) AB and
　　　　　　Pergo LLC al. C.A. No. 08-304 (GMS)

Dear Dr. Dalleo:

　　　Pursuant to Rule 4(f)(2)(C)(ii), I wish to serve process upon defendant Pergo (Europe) AB which is a Sweden corporation.  Pursuant to this Rule, I am forwarding to you copies of two summons, the Complaint, the Magistrate Consent Form and the Swedish translation of the Complaint and summons, which I wish to have you forward to the aforesaid non-resident defendant by registered mail, return receipt requested, at the following address:

Pergo (Europe) AB
Strandridaregatan 8
231 61 Trelleborg,
Sweden

I have also enclosed my Affidavit on service, pre-addressed envelopes and completed international forms for registered mail, return receipt requested.

　　　At the appropriate time, I will have an employee of Parcels, Inc. accompany your deputy to the Post Office with funds to pay for the costs of mailing of the documents.  I understand that thereafter your office will take care of executing an Affidavit of Mailing to which the Post Office receipt will be attached along with a copy of the cover letter.

Dr. Peter T. Dalleo
Clerk of the Court
July 15, 2008
Page 2

Respectfully,

David E. Moore

DEM:sjh/874032/32995
Enclosures
cc:   David Lee, Esquire (via email w/o enclosures)
      Eugene Chang, Esquire (via email w/o enclosures)