IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILIN BEHEER B.V. and<br>FLOORING INDUSTRIES LTD., SARL<br><br>        Plaintiffs,<br><br>      v.<br><br>PERGO (EUROPE) AB and<br>PERGO LLC<br><br>        Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 08-304-GMS<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF DAVID E. MOORE

| | |
|---|---|
| STATE OF DELAWARE | )<br>) SS. |
| COUNTY OF NEW CASTLE | ) |

David E. Moore, having been duly sworn does depose and say:

1. As a member of the Bar of this Court, I am an attorney and represent plaintiffs Unilin Beheer B.V. and Flooring Industries Ltd., sarl in the above-captioned action.

2. Defendant Pergo (Europe) AB is a Swedish corporation with its principal place of business at Strandridaregatan 8, 231 61 Trelleborg, Sweden.

3. Plaintiff desires to serve process on defendant Pergo (Europe) AB pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii).

4. I hereby certify under penalty of perjury that counsel have researched the issue and found that service of process by mail is an acceptable means of service in Sweden.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| John M. DiMatteo | By: _____ |
| Steven H. Reisberg | Richard L. Horwitz (#2246) |
| Leslie M. Spencer | David E. Moore (#3983) |
| David D. Lee | Hercules Plaza 6th Floor |
| Fara S. Sunderji | 1313 N. Market Street |
| Ketan Pastakia | P.O. Box 951 |
| WILKIE FARR & GALLAGHER LLP | Wilmington, DE 19899 |
| 787 Seventh Avenue | Tel: (302) 984-6000 |
| New York, NY 10019 | rhorwitz@potteranderson.com |
| Tel: (212) 728-8000 | dmoore@potteranderson.com |
| | |
| Dated: July 16, 2008 | *Attorneys for Plaintiffs Unilin Beheer B.V. and* |
| 874024 / 32995 | *Flooring Industries Ltd., sarl* |

SWORN TO AND SUBSCRIBED before me this 16th day of July, 2008.

_____
Notary Public