IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Unilin Beheer B.V. & Flooring Industries LTD., SARL ) <br> ) <br> V. ) <br> ) <br> Pergo (Europe) AB and Pergo LLC ) | C.A. 08-304 GMS |

AFFIDAVIT

I, Schelley N. Stokes, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on July 16, 2008 by Registered Mail #RB972200417, U.S. Postal Service, to Pergo (Europe) AB, Strandridaregatan 8, 231 61 Trelleborg, Sweden the following documents:

a)  Copy of Summons and Complaint in connection with the above-captioned case; and

b)  Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option

_____
Deputy Clerk, Schelley N. Stokes

Sworn to and subscribed before me
this 16th Day of July, 2008

_____
Ronald B. Eberhard

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

July 16, 2008

Pergo (Europe) AB
Strandridaregatan 8
231 61 Trelleborg
Sweden
REGISTERED MAIL
RETURN RECEIPT REQUESTED

    RE:    Unilin Beheer B.V. & Flooring Industries LTD., SARL v. Pergo (Europe) AB and Pergo LLC
            C.A. No. 08-304

Dear Sir/Madam:

    Enclosed please find a copy of the Summons and Complaint in the above case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

    Also enclosed is a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

    Please note that you have twenty (20) days in which to answer the complaint. Your answer should be filed with this Court and served upon the Plaintiff's attorney:

            Richard L. Horwitz (#2246)/David E. Moore (#3983)
            Potter Anderson & Corroon LLP
            1313 N. Market Street
            P.O. Box 951
            Wilmington, DE 19899

            Sincerely,

            BY:    PETER T. DALLEO
                     CLERK

cc:    Richard L. Horwitz
        David E. Moore

